

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00059-CV

## IN THE INTEREST OF H.M.C. AND D.W.C., CHILDREN,

**Appellant**

---

**From the County Court
Bosque County, Texas
Trial Court No. CV-13239**

---

## MEMORANDUM OPINION

---

Michael Parker attempts to appeal the trial court's permanency hearing order issued on February 13, 2014. The Clerk of this Court notified Parker by letter dated March 4, 2014 that his appeal was subject to dismissal because it appeared the permanency hearing order is not a final, appealable order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 205 (Tex. 2001); *In the Interest of J.D.*, 304 S.W.3d 522, 525 (Tex. App.—Waco 2009, no pet.) (standards enunciated in *Lehmann* and its progeny for what constitutes a "final order" for purposes of appeal governs termination cases brought by the Department). The Clerk warned Parker in the same letter that the appeal would be dismissed unless, within 10 days from the date of the letter, a response was filed

showing grounds for continuing the appeal. Ten days have passed, and we have not received a response from Parker.

This appeal is dismissed.[1] TEX. R. APP. P. 42.3(a), (c).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 20, 2014
[CV06]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by the Texas Supreme Court, a petition for review must be filed with the Texas Supreme Court clerk within 45 days after either the date the court of appeals' judgment was rendered or the date the last ruling on all timely motions for rehearing was made by the court of appeals. TEX. R. APP. P. 53.7(a).